UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SARAH ENDERS,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT J. YOUNG COMPANY, LLC,<br><br>    Defendant. | Case No. 3:21-cv-00411<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

## ORDER

The Magistrate Judge held a telephone conference with counsel for the parties on March 22, 2022. Counsel report that discovery is progressing and will conclude by May 20, 2022, as established by the initial case management order. Counsel were reminded of their obligation to file a joint status report of their case resolution efforts by no later than 14 days after that date.

All deadlines remain as set by the Court's prior orders.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge